UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD SPRUEL,

               Plaintiff,

v.

ROGER WELD, COREY WALEY, JOHN THOMPSON, GARY MOWAT, RANDY SHOOPMAN, JOE WILLIAMS, CAROLINE KLATT, BECKY LEGHTON, KATHY RENINGER, and UNIDENTIFIED PARTIES,

               Defendants.

No. C10-5860 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Plaintiff's complaint is **DISMISSED without prejudice** for failure to prosecute.

    (3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 21st day of January, 2011.

*(signature)*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1