# United States District Court

WESTERN DISTRICT OF WASHINGTON

RICHARD SPRUEL,

                v.

ROGER WELD, COREY WALEY, JOHN THOMPSON, GARY MOWAT, RANDY SHOOPMAN, JOE WILLIAMS, CAROLINE KLATT, BECKY LEGHTON, KATHY RENINGER, and UNIDENTIFIED PARTIES,

JUDGMENT IN A CIVIL CASE

No. C10-5860 RBL/KLS

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)     The Court adopts the Report and Recommendation; and

(2)     Plaintiff's complaint is **DISMISSED without prejudice** for failure to prosecute.

    January 21, 2011                                    WILLIAM M. McCOOL
            Date                                                                   Clerk

                                                            *s/ Mary Trent*
                                                            Deputy Clerk